# EXHIBIT A

Anthony Robinson
vs.
Trans Union, LLC

**ELECTRONICALLY FILED**
2017 Jan 04 AM 11:04
CLERK OF THE WYANDOTTE COUNTY DISTRICT COURT
CASE NUMBER: 2017-LM-000085

Division: 36

**SUMMONS**

To the above-named Defendant/Respondent:

      Trans Union LLC
      RA:  THE PRENTICE-HALL CORPORATION SYSTEM, KANSAS, INC.
      2900 SW WANAMAKER DRIVE SUITE 204
      Topeka, KS  66614

You are hereby notified that a lawsuit commenced against you will be on this court's docket at 09:00 AM, on 01/30/2017, to be held at the following location:

      Wyandotte County District Court
      Wyandotte County District Court
      710 N. 7th St.
      Kansas City, KS 66101

If you do not appear before this court or file an answer at such time, judgment by default will be taken against you for the relief demanded in the petition.

If you intend to appear at such time and dispute the petition, you must file an answer with the clerk of this court within 14 days thereafter.

If you are not represented by an attorney, the answer shall be signed by you.  The answer shall state the following:

(1) what the dispute is;
(2) any affirmative defenses you have to the claim; and
(3) your (or your attorney's) current address, phone number, fax phone number, and e-mail address.

You must also promptly send a copy of your answer to the plaintiff's attorney or the plaintiff, if the plaintiff has no attorney.



Clerk of the District Court
Electronically signed  on 01/04/2017 01:03:29 PM

**Documents to be served with the Summons:**
PLE: Petition Petition

|  |  |
|---|---|
| Anthony Robinson | ELECTRONICALLY FILED |
| vs. | 2017 Jan 04 AM 11:04 |
|  | CLERK OF THE WYANDOTTE COUNTY DISTRICT COURT |
| Trans Union, LLC | CASE NUMBER: 2017-LM-000085 |
|  | Division: 36 |

**SUMMONS**

To the above-named Defendant/Respondent:

> Trans Union LLC
> RA: THE PRENTICE-HALL CORPORATION SYSTEM, KANSAS, INC.
> 2900 SW WANAMAKER DRIVE SUITE 204
> Topeka, KS 66614

You are hereby notified that a lawsuit commenced against you will be on this court's docket at 09:00 AM, on 01/30/2017, to be held at the following location:

> Wyandotte County District Court
> Wyandotte County District Court
> 710 N. 7th St.
> Kansas City, KS 66101

If you do not appear before this court or file an answer at such time, judgment by default will be taken against you for the relief demanded in the petition.

If you intend to appear at such time and dispute the petition, you must file an answer with the clerk of this court within 14 days thereafter.

If you are not represented by an attorney, the answer shall be signed by you. The answer shall state the following:

(1) what the dispute is;
(2) any affirmative defenses you have to the claim; and
(3) your (or your attorney's) current address, phone number, fax phone number, and e-mail address.

You must also promptly send a copy of your answer to the plaintiff's attorney or the plaintiff, if the plaintiff has no attorney.



Clerk of the District Court
Electronically signed  on 01/04/2017 01:03:29 PM

**Documents to be served with the Summons:**
PLE: Petition Petition

Anthony Robinson

vs.

Trans Union, LLC

**ELECTRONICALLY FILED**
2017 Jan 04 AM 11:04
CLERK OF THE WYANDOTTE COUNTY DISTRICT COURT
CASE NUMBER: 2017-LM-000085

Division: 36

**SUMMONS**

To the above-named Defendant/Respondent:

      Trans Union LLC
      RA:  THE PRENTICE-HALL CORPORATION SYSTEM, KANSAS, INC.
      2900 SW WANAMAKER DRIVE SUITE 204
      Topeka, KS  66614

You are hereby notified that a lawsuit commenced against you will be on this court's docket at 09:00 AM, on 01/30/2017, to be held at the following location:

      Wyandotte County District Court
      Wyandotte County District Court
      710 N. 7th St.
      Kansas City, KS 66101

If you do not appear before this court or file an answer at such time, judgment by default will be taken against you for the relief demanded in the petition.

If you intend to appear at such time and dispute the petition, you must file an answer with the clerk of this court within 14 days thereafter.

If you are not represented by an attorney, the answer shall be signed by you.  The answer shall state the following:

(1) what the dispute is;
(2) any affirmative defenses you have to the claim; and
(3) your (or your attorney's) current address, phone number, fax phone number, and e-mail address.

You must also promptly send a copy of your answer to the plaintiff's attorney or the plaintiff, if the plaintiff has no attorney.



Clerk of the District Court
Electronically signed  on 01/04/2017 01:03:29 PM

**Documents to be served with the Summons:**
PLE: Petition Petition

ELECTRONICALLY FILED
2017 Jan 04 AM 11:04
CLERK OF THE WYANDOTTE COUNTY DISTRICT COURT
CASE NUMBER: 2017-LM-000085

### In the District Court of Wyandotte County, Kansas
### Limited Actions Division

| | |
|---|---|
| ANTHONY T ROBINSON, | Case Number: 2017-LM-000085 |
| Plaintiff, | |
| vs. | Division: 36 |
| TRANS UNION, LLC, | |
| Defendant. | |

## PETITION

COMES NOW Plaintiff, by and through counsel, and for Plaintiff's causes of action against Defendant states as follows:

1. This is an action for damages brought by an individual consumer against the Defendant for violations of the Fair Credit Reporting Act (hereafter FCRA) 15 U.S.C. §1681 et seq.

2. Jurisdiction of this Court arises under 15 U.S.C. §1681p and 28 U.S.C. §1331.

3. Venue lies properly in this district pursuant to 28 U.S.C. §1391(b).

4. Plaintiff is a resident of Kansas.

5. Defendant Trans Union LLC (Trans Union) is an Illinois corporation.

6. At all times relevant hereto, Defendant Trans Union was and is engaged in

the business of credit reporting, all within Kansas.

7. Defendant has been reporting a judgment as due and owing on Plaintiff's credit report which is false.

8. A judgment was entered against Plaintiff in case number 2013-LM-000451 on February 25, 2013 in the amount of $986.18 in favor of Midland Funding.

9. Defendant began reporting the judgment on Plaintiff's report on June 15, 2013.

10. The judgment was satisfied on February 21, 2014 and a satisfaction of judgment was filed with the court by Midland Funding.

11. Defendant has no means of monitoring or updating judgments once they are placed on Plaintiff's credit report.

12. As of December 6, 2016, Defendant was still reporting the judgment as due and owing.

13. Other creditors reviewed the report with the inaccurate information.

14. Defendant has been reporting and reinserting derogatory and inaccurate statements and information relating to Plaintiff and Plaintiff's credit history to third parties (hereafter the "inaccurate information").

15. The inaccurate information negatively reflects upon the Plaintiff, Plaintiff's credit repayment history, and Plaintiff's financial responsibility as a debtor and s credit worthiness.

## Count I – Violations of the Fair Credit Reporting Act

Comes now Plaintiff and for Count I against the Defendant state and alleges to the Court as follows:

16. Plaintiff incorporates the foregoing paragraphs as though the same were set forth at length herein.

17. At all times pertinent hereto, Trans Union, LLC regularly engaged in whole or in part in the practice of assembling or evaluating consumer credit information or other information on consumers for the purpose of furnishing consumer reports to third parties, and which uses any means or facility of interstate commerce for the purpose of preparing or furnishing consumer reports.

18. At all times pertinent hereto, the Plaintiff Anthony T Robinson is a "consumer" as that term is defined by 15 U.S.C. §1681a(c).

19. At all times pertinent hereto, the above-mentioned credit reports were written, oral, or other communication of any information by a consumer reporting agency bearing on a consumer's credit worthiness, credit standing, credit capacity, character, general reputation, personal characteristics, or mode of living which is used or expected to be used or collected in whole or in part for the purpose of serving as a factor in establishing the consumer's eligibility for credit or insurance to be used primarily for personal, family, or household purposes; employment purposes; or any other purpose authorized under 15 U.S.C. 1681b.

20. Pursuant to 15 U.S.C. §1681n and 15 U.S.C. §1681o, Defendant is liable to

the Plaintiff for willfully and negligently failing to comply with the requirements imposed on consumer reporting agencies of information pursuant to 15 U.S.C. §1681e(b) in assuring reasonable procedures to assure maximum possible accuracy to prevent such reporting of inaccurate information in Plaintiff's reports.

21. The conduct of Defendant was a direct and proximate cause, as well as a substantial factor, in bringing about the serious injuries, actual damages and harm to the Plaintiff that are outlined more fully above and, as a result, Defendant is liable to the Plaintiff for the full amount of statutory, actual and punitive damages, along with the attorneys' fees and the costs of litigation, as well as such further relief, as may be permitted by law.

WHEREFORE, Plaintiff seek judgment in Plaintiff's favor and damages against the Defendant based on the following requested relief:

a. Actual damages;

b. Statutory damages;

c. Punitive damages

d. Costs and reasonable attorney's fees pursuant to 15 U.S.C. §§1681n and 1681o; and

e. Such other and further relief as may be necessary, just and proper.

Respectfully submitted,
By: /s/ A.J. Stecklein
A.J. Stecklein #16330
Michael Rapp #25702
Brian Johnson #26934
Stecklein & Rapp
748 Ann Avenue
Kansas City, KS 66101
Telephone:   (913) 371-0727
Facsimile:
Email:  aj@kcconsumerlawyer.com
         mr@kcconsumerlawyer.com
         bj@kcconsumerlawyer.com
Attorneys for Plaintiff

ELECTRONICALLY FILED
2017 Jan 13 PM 1:12
CLERK OF THE WYANDOTTE COUNTY DISTRICT COURT
CASE NUMBER: 2017-LM-000085

**In the District Court of Wyandotte County, Kansas**
**Limited Actions Department**

| | |
|---|---|
| Anthony Robinson,<br><br>                          Plaintiff,<br>vs.<br><br>Trans Union, LLC,<br><br>                          Defendant. | Case Number: 2017-LM-000085<br><br>Division: 36 |

## RETURN OF SERVICE
### (CERTIFIED MAIL SERVICE)

      I hereby certify that I have served the within civil process: (1) By mailing on the 4th day of January 2017 a Petition and Summons in the above-captioned matter by certified mail return receipt requested to Trans Union, LLC, (2) the name and the address on the envelope containing the process mailed by certified mail return receipt requested were as follows: Trans Union, LLC, RA: Prentice-Hall Corporation System Kansas, 2900 SW Wanamaker Drive, Suite 204, Topeka, Kansas 66614.  The certified mail return receipt is attached.


      Respectfully Submitted,


      By: /s/ A.J. Stecklein
      A.J. Stecklein #16330
      Michael H. Rapp # 25702
      Brian Johnson #26934
      Stecklein & Rapp Chartered
      748 Ann Avenue
      Kansas City, Kansas 66101
      Telephone:  913-371-0727
      Facsimile:  913-371-0727
      Email: aj@kcconsumerlawyer.com
            mr@kcconsumerlawyer.com
            bj@kcconsumerlawyer.com
      Attorneys for Plaintiff

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _(signature)_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): Audra Adkins  C. Date of Delivery: 1/9 |
| 1. Article Addressed to:<br><br>Trans Union LLC<br>R/A: Prentice-Hall Corporation System Kansas Inc.<br>2900 SW Wanamaker Drive, Suite 204<br>Topeka, Kansas 66614 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9403 0910 5223 2091 74 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☒ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Mail<br>☐ Mail Restricted Delivery | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7015 0640 0006 6275 8168 | |

PS Form 3811, July 2015 PSN 7530-02-000-9053                    Domestic Return Receipt